# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, UNILOC LICENSING USA LLC, | § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | CIVIL ACTION NO. 2:18-CV-00417-JRG |
| HIKE LTD., HIKE PRIVATE LTD., | | |
| *Defendants*. | | |

## ORDER

Before the Court is Plaintiffs Uniloc 2017 LLC and Uniloc Licensing USA LLC (collectively, "Uniloc") and Defendants Hike Ltd. and Hike Private Ltd. (collectively, "Hike") (together, "the Parties") Joint Stipulation For Entry of Order of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41 (the "Stipulation"). (Dkt. No. 18.) Having considered the same, the Court is of the opinion that the Stipulation should be and hereby is **APPROVED**.

It is therefore **ORDERED** that:

1. Any and all claims and counterclaims between Uniloc and Hike in the above-styled case are hereby **DISMISSED WITH PREJUDICE**;

2. Uniloc and Hike shall each bear their own attorney's fees, expenses, and costs; and

3. All other relief requested between Uniloc and Hike are hereby **DENIED-AS-MOOT**.

Accordingly, the Clerk is directed to **CLOSE** the above-styled case.

**So ORDERED and SIGNED this 18th day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE